COCHRAN <em>v.</em> STANSELL, warden.

BECK, P. J. Under the ruling in the case of <em>Samuels</em> v. <em>Lanford,</em> 149 <em>Ga.</em> 167 (99 S. E. 532), the question involved in this case has become moot, as was made to appear without denial at the time of the argument of the case in this court. And applying the ruling made in the case cited, the writ of error will be dismissed.

<em>Writ of error dismissed. All the Justices concur.</em><br>No. 2659. JANUARY 12, 1922. •

Habeas corpus. Before Judge Irwin. Paulding superior court. May 20, 1921.

*J. S. James,* for plaintiff.

*J. R. Hutcheson, solicitor-general,* for defendant.